**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01471-CV

**DAVENPORT MEADOWS, LP, Appellant**

**V.**

**JACOB DOBRUSHKIN & GALINA DOBRUSHKIN, Appellees**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02710-2011**

## ORDER

The Court has before it the court reporter's February 4, 2013 request for an extension of time in which to file the reporter's record and appellant's February 1, 2013 motion to extend time to file brief. The Court **GRANTS** the request and the motion. Jennifer Corley, official court reporter for the County Court at Law No. 6, Collin County, is **ORDERED** to file the reporter's record by February 24, 2013. Appellant is **ORDERED** to file its brief thirty days after the court reporter's record is filed.

/s/     ELIZABETH LANG-MIERS
        JUSTICE